UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

Eastern District of Kentucky
FILED
DEC 14 2016
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| WESTROCK CP, LLC, f/k/a ROCKTENN CP, LLC | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6: 15-018-DCR |
| V. | ) ) ) | |
| SOUTHERN COAL SALES CORPORATION, | ) ) ) ) | **VERDICT FORM** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

We the jury unanimously find that RockTenn is entitled to damages in the following amounts:

Cost of substitute coal and related damages:   $ 892,299.00

Attorneys' fees and costs reasonably expended:   $ 452,650.96