UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| ROCKTENN CP, LLC, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | Civil Action No. 6: 15-018-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| SOUTHERN COAL | ) | **JUDGMENT** |
| SALES CORPORATION, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court previously found that Counterclaim Plaintiff RockTenn CP, LLC, was entitled to summary judgment on issues of liability. Thereafter, a trial was held regarding damage claims asserted against Counterclaim Defendant Southern Coal Sales Corporation. Following trial, the jury unanimously found in favor of Counterclaim Plaintiff RockTenn CP, LLC, and against Counterclaim Defendant Southern Coal Sales Corporation in the total amount outlined below. Following the jury's determination, the Court concluded that Counterclaim Plaintiff RockTenn CP, LLC, was not entitled to recover pre-judgment interest on the amount reflected in the jury's verdict. Therefore, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Counerclaim Plaintiff RockTenn CP, LLC, in the amount of $1,344,949.96 against Counterclaim Defendant Southern Coal Sales Corporation. From the date of entry of this judgment until the judgment is paid, RockTenn CP, LLC is awarded post-judgment interest at a rate of .90 % pursuant to 28 U.S.C. § 1961(a).

- 2 -

2.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 22nd day of December, 2016.

Signed By:
*Danny C. Reeves*  DCR
United States District Judge