Local Form 005a (5/10)
(formerly DC11, rev. 7/82)

Southern Coal Sales Corporation v. RockTenn CP,
**WRIT OF EXECUTION** LLC; Civil Action No. 6:15-cv-018-DCR

# United States District Court

**DISTRICT** Eastern District of Kentucky

**TO THE MARSHAL OF:**
United States District Court for the Eastern District of Kentucky, Southern Division: London

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Southern Coal Sales Corporation

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $1,344,949.96, plus post-judgment interest at a rate of .90% pursuant to 28 U.S.C. sec. 1961(a), which amounts to a per diem rate of $33.62, from the date of judgment, December 22, 2016, through and including the date the judgment is paid in full. | |

in the United States District Court for the **Eastern** District of **Kentucky**,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Southern Coal Sales Corporation

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Courthouse | Eastern District of Kentucky |
| **CITY** London, Kentucky | **DATE** Instanter |

**Witness the Honorable** Danny C. Reeves
*(United States Judge)*

**DATE** 01/09/2017

**CLERK OF COURT** Robert R. Carr

(BY) ~~DEPUTY~~ CLERK  *[signature]*

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|