**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Rocktenn CP, LLC | 6:15-CV-018-DCR |
| DEFENDANT | TYPE OF PROCESS |
| Southern Coal Sales Corporation | Writ of Execution |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Southern Coal Sales Corporation

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 302 South Jefferson Street, Suite 600, Roanoke, VA 24011

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Burr & Foreman LLP
171 Seventeenth St, NW
Suite 1100
Atlanta, GA 30363

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*Received JAN 27 2017 U.S. Marshals Service Roanoke, VA*

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Tala Amirfazli | | 404-685-4270 | 1·25·17 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 032 | District to Serve No. 084 | Signature of Authorized USMS Deputy or Clerk: Kelly Thompson  CRC 1/31/17 | Date 1·25·17 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Rhonda Burton / AP Manager

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
302 S Jefferson St, Suite 600
Roanoke VA

| Date of Service | Time | am/pm |
|---|---|---|
| 2/15/17 | 1:10 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | $1.07 | $0.00 | $74.07 | | | |

REMARKS:

Process forwarded to W/VA Roanoke Office on 1·25·17

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

Local Form 005a (5/10)
(formerly DC11, rev. 7/82)

Southern Coal Sales Corporation v. Bluestonn CP,
LLC; Civil Action No. 6:15-cv-018-DCR

**WRIT OF EXECUTION**

# United States District Court

**DISTRICT** Eastern District of Kentucky

**TO THE MARSHAL OF:**
United States District Court for the Eastern District of Kentucky, Southern Division: London

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT
FILED
MAR 22 2017

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Southern Coal Sales Corporation

[Seal: Received JAN 27 2017 U.S. Marshals Service Roanoke, VA]

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT** | **DOLLAR AMOUNT**

$1,344,949.96, plus post-judgment interest at a rate of .90% pursuant to 28 U.S.C. sec. 1961(a), which amounts to a per diem rate of $33.62, from the date of judgment, December 22, 2016, through and including the date the judgment is paid in full.

in the United States District Court for the __Eastern__ District of __Kentucky__,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Southern Coal Sales Corporation

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

**PLACE** U.S. District Courthouse | **DISTRICT** Eastern District of Kentucky
**CITY** London, Kentucky | **DATE** Instanter

Witness the Honorable ___Danny C. Reeves___
*(United States Judge)*

**DATE** 01/09/2017

**CLERK OF COURT**
Robert R. Carr
(BY) ~~DEPUTY~~ CLERK /s/ Robert R. Carr

**RETURN**

**DATE RECEIVED** 01/25/17 | **DATE OF EXECUTION OF WRIT** 02/15/17

This writ was received and executed.

**U.S. MARSHAL** Richard Sellers | **(BY) DEPUTY MARSHAL** J. Crigger