Case No. 17-5063

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

SOUTHERN COAL SALES CORPORATION

       Plaintiff - Appellant

v.

ROCKTENN CP, LLC

       Defendant - Appellee

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                             **ENTERED PURSUANT TO RULE 33,**
                             **RULES OF THE SIXTH CIRCUIT**
                             Deborah S. Hunt, Clerk

Issued: June 28, 2017