**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION – LONDON**
**CASE NO. 6:12-cv-00091-GFVT-HAI**

**NEW LONDON TOBACCO MARKET, INC. and**
**FIVEMILE ENERGY, LLC**            **PLAINTIFFS**

**VS.**

**KENTUCKY FUEL CORPORATION and**
**JAMES C. JUSTICE COMPANIES, INC.**           **DEFENDANTS**

**MOTION TO WITHDRAW**
**(John F. Kelley, Jr./Kelley, Brown and Breeding)**

Come now Movant **John F. Kelley, Jr.**, and the law firm of **Kelley, Brown and Breeding**, and in accordance with LR 83.6(b), move this Court for entry of an order allowing their withdrawal as counsel of record for Defendants **Kentucky Fuel Corporation** (hereinafter also referred to as "**KFC**") and **James C. Justice Companies, Inc.** (hereinafter also referred to as "**JCJC**."). Grounds for said motion are as follows:

1. **Status of Case** – Presently, there are a number of motions pending. Also, the Court has ordered that an evidentiary hearing be conducted by the Magistrate. However, no such hearing or other substantive proceedings have been scheduled which would preclude withdrawal as this counsel.

2. **Change in Firm** – The undersigned counsel has accepted an "Of Counsel" position with another London law firm effective November 1, 2017. As

it does not have a commercial client base or differs in its practice, that firm has asked the undersigned to withdraw from representation of KFC or other Justice entities.

The undersigned worked on this case exclusively while at Kelley, Brown and Breeding and the other members of this firm do not have sufficient background to assume KFC's or JCJC's defense.

3. **Consent of Client** – The undersigned has notified KFC's and JCJC's in-house counsel of his intent to withdraw from this case. Though he has yet to receive written confirmation, corporate counsel did indicate that the client would consent to the undersigned's withdrawal. Also, KFC and JCJC continue to be well represented by Barry D. Hunter and the law firm of Frost Brown Todd.

As set out below, counsel certifies that a copy of this motion was served upon KFC and JCJC through the in-house counsel for James C. Justice Companies.

        Kelley, Brown & Breeding, PSC
        P. O. Drawer 490
        London, Kentucky 40743-0490
        Telephone: 606-878-7640
        Facsimile: 606-878-2364
        Email: jfkelley@kbblaw.net

By:  /s/ John F. Kelley, Jr.
      Movant

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies were served by mail and/or electronic transmission to the following:

| | |
|---|---|
| Johnnie L. Turner, Esq. | jlt@harlanonline.net |
| Barry D. Hunter, Esq. | bhunter@fbtlaw.com |
| Medrith Lee Norman, Esq. | mnorman@fbtlaw.com |
| Scott M. Webster, Esq. | swebster@toomsdunaway.com |
| John A. Lucas, Esq. | jlucas@wmspc.com |
| W. Edward Shipe, Esq. | eshipe@wmspc.com |

Dustin Deane  Priority Mail & Email
Associate General Counsel
James C. Justice Companies, Inc.
302 South Jefferson Street
Roanoke, VA 24011-1711

All on this 31st day of October, 2017.

/s/ John F. Kelley, Jr.
Movant