UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION – LONDON
CASE NO. 6:12-cv-00091-GFVT-HAI

NEW LONDON TOBACCO MARKET, INC. and
FIVEMILE ENERGY, LLC                                              PLAINTIFFS

VS.

KENTUCKY FUEL CORPORATION and
JAMES C. JUSTICE COMPANIES, INC.                                  DEFENDANTS

## ORDER

Defendants' present counsel, John F. Kelley, Jr., and the law firm of Kelley, Brown and Breeding, have filed a motion to withdraw in this case.

In accordance with LR 83.6(b), counsel advises that he has accepted an "Of Counsel" position with another firm as of November 1, 2017. Neither firm, nor counsel's prior firm can continue to represent these Defendants.

Counsel has advised Defendants' in-house counsel of his intent to withdraw. Though there has been no written confirmation, in-house counsel has indicated that the client does not object to this withdrawal.

Though there are a number of matters pending for decision, the Court notes that no hearing or other substantive proceedings are not scheduled which would preclude this withdrawal.

Defendants are presently being represented by other counsel in this same action.

Being so advised, **IT IS HEREBY ORDERED** that the motion to withdraw is **sustained**.  Movant **John F. Kelley, Jr.** and the law firm of **Kelley, Brown and Breeding** are allowed leave to withdraw and shall no longer be responsible for the defense of Defendants Kentucky Fuel Corporation and James C. Justice Companies, Inc.

This the ___ day of _____, 2017.

_____
JUDGE GREGORY F. VAN TATENHOVE
UNITED STATES DISTRICT COURT

**DISTRIBUTION**:

| | |
|---|---|
| Johnnie L. Turner, Esq. | jlt@harlanonline.net |
| Barry D. Hunter, Esq. | bhunter@fbtlaw.com |
| Medrith Lee Norman, Esq. | mnorman@fbtlaw.com |
| Scott M. Webster, Esq. | swebster@toomsdunaway.com |
| John A. Lucas, Esq. | jlucas@wmspc.com |
| Dustin Deane<br>Associate General Counsel<br>James C. Justice Companies, Inc.<br>302 South Jefferson Street<br>Roanoke, VA 24011-1711 | dustin.deane@bluestoneenergygroup.com |