UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| SOUTHERN COAL SALES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6: 15-018-DCR |
| V. | ) ) ) | |
| ROCKTENN CP, LLC, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the motion of John F. Kelley, Jr., and the law firm of Kelley, Brown, and Breeding, to withdraw as counsel. [Record No. 127] However, upon review of the motion and the accompanying proposed order, it appears that counsel intended to file this motion in a different case. Accordingly, it is hereby

**ORDERED** that the motion to withdraw [Record No. 127] is **DENIED**.

This 1st day of November, 2017.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge