UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| SOUTHERN COAL SALES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6: 15-018-DCR |
| V. | ) ) ) | |
| ROCKTENN CP, LLC, | ) ) | **ORDER** |
| Defendant. | ) | |

*** *** *** ***

This matter is pending for consideration of the corrected motion of John F. Kelley, Jr., and the law firm of Kelley, Brown, and Breeding, to withdraw as counsel of record for Southern Coal Sales Corporation. [Record No. 128] Having considered the matter and finding that the requirements of Local Rule 83.6(b) have been met, it is hereby

**ORDERED** that the motion to withdraw [Record No. 128] is **GRANTED**.

This 1st day of November, 2017.



Signed By:
*Danny C. Reeves* DCR
United States District Judge