# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION: LONDON

| | |
|---|---|
| **SOUTHERN COAL SALES CORPORATION,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| **v.** | ) **CIVIL ACTION**<br>) **FILE NO. 6:15-cv-00018-DCR**<br>) |
| **ROCKTENN CP, LLC,** | )<br>) |
| **Defendant.** | |

## SATISFACTION OF JUDGMENT

COMES NOW WestRock CP, LLC f/k/a RockTen CP, LLC ("WestRock") and shows that the judgment entered in the above-styled action against Counterclaim-Defendant Southern Coal Sales Corporation on December 22, 2016 has been settled and paid in full, and WestRock requests the Clerk to mark the judgment as satisfied.

Respectfully submitted this 19th day of December, 2018.

/s/ Tala Amirfazli
John O'Shea Sullivan
Georgia Bar No. 691305
Tala Amirfazli
Georgia Bar No. 523890

32656312 v1

**BURR & FORMAN LLP**
171 Seventeenth Street, Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Fax: (404) 817-3244
E-mail: ssullivan@burr.com
E-mail: tamirfazli@burr.com

*Admitted Pro Hac Vice*

C. Bishop Johnson
**CAWOOD & JOHNSON, PLLC**
P.O. Drawer 128
Pineville, Kentucky 40977
Telephone: (606) 337-6500
Fax: (606) 337-6100
E-mail: cbishopjohnson@bellsouth.net
*Attorneys for Counterclaim Plaintiff WestRock CP, LLC f/k/a RockTenn CP, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2018, I electronically filed the foregoing **SATISFACTION OF JUDGMENT** with the Clerk of Court using the CM/ECF system and served a copy of same upon the following through first-class, United States mail, postage prepaid as follows:

Danny Lee Lunsford , Jr.
Howard Law Firm, PLC
212 E Clover St, Suite 6
P.O. Box 265
Harlan, KY 40831

Kentucky Fuel Corporation
Attn: Dustin Deane
302 S. Jefferson St., Suite 600
Roanoke, VA 24011

/s/ Tala Amirfazli
John O'Shea Sullivan
Georgia Bar No. 691305
Tala Amirfazli
Georgia Bar No. 523890

**BURR & FORMAN LLP**
171 Seventeenth Street, Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Fax: (404) 817-3244
E-mail: ssullivan@burr.com
E-mail: tamirfazli@burr.com

*Admitted Pro Hac Vice*

                                                          C. Bishop Johnson
**CAWOOD & JOHNSON, PLLC**
P.O. Drawer 128
Pineville, Kentucky 40977
Telephone: (606) 337-6500
Fax: (606) 337-6100
E-mail: cbishopjohnson@bellsouth.net
*Attorneys for Counterclaim Plaintiff WestRock CP, LLC f/k/a RockTenn CP, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Fax: (404) 817-3244

32656312 v1                            4